DOCKET NO. 538

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR PEKANBARU, INDONESIA, ON APRIL 28, 1981

ORDER DENYING MOTION AS MOOT

On November 22, 1982, plaintiffs John Kenneth Acton, et al., moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring one action pending in the Eastern District of Texas to the Northern District of California for coordinated or consolidated pretrial proceedings with six actions pending there. On December 6, 1982, the action pending in the Eastern District of Texas was dismissed by Honorable Robert M. Parker.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL

Andrew A. Caffrey
Chairman

SCHEDULE A                                  DOCKET 538

### Northern District of California

John Kenneth Acton, et al. v. Brinkerhoff Maritime Drilling, et al., C.A. No. C82-1866-RPA

Murray Robert Cole v. Brinkerhoff Maritime Drilling, et al., C.A. No. C82-2569-RPA

David Alfred Lowry v. Brinkerhoff Maritime Drilling, et al., C.A. No. C82-2566-RPA

Timothy Peter Jones v. Brinkerhoff Maritime Drilling, et al., C.A. No. C82-2565-RPA

David D. Schwartz v. Brinkerhoff Maritime Drilling, et al., C.A. No. C82-2568-RPA

Corra E. Sherrill, et al. v. Brinkerhoff Maritime Driling Corp., et al., C.A. No. C82-0836-RPA

### Eastern District of Texas

Shereen Ramona Zipfel, et al. v. Hallibrton Co., et al., C.A. No. B81-794CA